**Jeffrey Dennard McNEAIR,
Petitioner—Appellant,**

v.

**Patricia R. STANSBERRY; Bureau of Prisons; Harley Lappin; P. Guanja, Regional Director; Alberto R. Gonzales, Respondents—Appellees.**

No. 06–6737.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2006.

Decided: Oct. 10, 2006.

Jeffrey Dennard McNeair, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jeffrey Dennard McNeair, a federal prisoner, filed a petition under 28 U.S.C. § 2241 (2000), raising claims under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). We have reviewed the record and the district court's opinion and conclude that McNeair cannot proceed under § 2241 because he does not meet the standard set forth in *In re Jones,* 226 F.3d 328, 333–34 (4th Cir. 2000). Accordingly, we affirm the denial of relief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*